UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CAROLYN HARKLERODE and WILLIAM HARKLERODE,**

      **Plaintiffs,**

v.   Case No. 6:24-cv-2115-CEM-LHP

**HILTON GRAND VACATIONS, INC.,**

      **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on Defendant's Motion to Compel Arbitration (Doc. 8), to which Plaintiffs filed a Response (Doc. 9). The United States Magistrate Judge issued a Report and Recommendation (Doc. 20), recommending that the Motion be granted, (*id.* at 9).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 20) is **ADOPTED** and made a part of this Order.

2. The Defendant's Motion to Compel Arbitration (Doc. 8) is **GRANTED**.

3. The parties are directed to submit Plaintiffs' claims to arbitration.

4. This case is **STAYED** pending the outcome of arbitration.

5. **On or before July 8, 2025**, and every 90 days thereafter, Defendant shall file joint status updates until the conclusion of the arbitration proceedings.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record